UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Adam Rogas

                                   Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20M   -CR- 9794 ( ) ( )

Defendant __Adam P. Rogas__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

__X__  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer

/s authorized electronic signature
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Adam P. Rogas**
_____
Print Defendant's Name

_William M. Sullivan, Jr._
_____
Defendant's Counsel's Signature

**William M. Sullivan, Jr.**
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

**09/24/2020**
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge