UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America Plaintiff, -against- Adam Rogas Defendant. | Case No. 20M9794 **ORDER FOR ADMISSION PRO HAC VICE ON ORAL MOTION** |

Upon the oral motion of **Thomas C. Hill**, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of **District of Columbia and Maryland**; and that his/her contact information is as follows (please print):

Applicant's Name: Thomas C. Hill

Firm Name: Pillsbury Winthrop Shaw Pittman LPP

Address: 1200 17th Street, NW

City / State / Zip: Washinton, DC 20036

Telephone / Fax: 202 663 8073    Fax: 202 663 8007    Mobile: 202 246 7054

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **Adam Rogas** in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated: September 23, 2020

SARAH NETBURN
United States Magistrate Judge